## Turrell's Estate

Before Van Dusen, P. J., Stearne, Sinkler, Klein, Bolger, and Ladner, JJ.

*Theodore Voorhees* and *Barnes, Biddle & Myers*, for exceptant.

*James S. Clifford, Jr.*, and *MacCoy, Brittain, Evans & Lewis*, contra.

SINKLER, J., May 20, 1937.—The supplemental adjudication contains an accurate analysis of the phrases in the will and codicils to be interpreted, and as well of the pertinent decisions. Careful consideration of the brief of argument submitted in support of the exceptions does not convince us that the auditing judge has erred.

The exceptions are dismissed and the adjudication and supplemental adjudication are confirmed absolutely.